**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7094**

REGINALD C. SWEAT,

       Plaintiff - Appellant,

   v.

DARREN REITEN; JOSH TWEETY; BRUCE MILLER; ALBURY RINNICK,
Sergeant; DANIEL DUBOSE, Captain; SANDRA KIRCKLAND,
Sergeant, Official and Individual Capacities,

       Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.   J. Michelle Childs, District
Judge. (9:10-cv-02083-JMC)

Submitted:  December 20, 2011      Decided:  December 23, 2011

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Reginald C. Sweat, Appellant Pro Se.   Mason Abram Summers,
RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald C. Sweat appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sweat v. Reiten, No. 9:10-cv-02083-JMC (D.S.C. Aug. 2, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED